UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Defendants. | Case No. 14-cv-10067<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/23/15 |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Benjamin P. Taibleson for admission to practice *Pro Hac Vice* in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the bars of the state of New York and of the District of Columbia; his contact information is as follows:

Benjamin P. Taibleson
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-326-7990/ Fax: 202-326-7999
btaibleson@khhte.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff National Credit Union Administration Board in the above-captioned case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **2/23**, 2015
New York, New York

*Richard M. Berman*
HONORABLE
UNITED STATES DISTRICT JUDGE