UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>                    Plaintiffs,<br><br>        v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                    Defendant. | No. 1:14-CV-10067 (RMB)<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jayant W. Tambe of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendant Wells Fargo Bank, N.A.

I hereby certify that I am admitted to practice before this Court.


Dated: February 9, 2015
       New York, New York

                                        /s/ Jayant W. Tambe
                                        Jayant W. Tambe
                                        JONES DAY
                                        222 East 41st Street
                                        New York, New York 10017
                                        Telephone: (212) 326-3604

Facsimile: (212) 755-7306
Email: jtambe@jonesday.com

*Attorney for Defendant Wells Fargo Bank, N.A.*