UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | No. 1:14-CV-10067 (RMB)<br><br>ECF Case |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wells Fargo Bank, N.A., a national banking association organized under the laws of the United States, certifies that it is wholly owned by Wells Fargo & Company, a publicly traded corporation organized under the laws of the State of Delaware, and that there is no person or entity that owns more than 10 percent of the shares of Wells Fargo & Company.

Dated: February 9, 2015
       New York, New York

/s/ Jayant W. Tambe
Jayant W. Tambe
Howard F. Sidman
Jason Jurgens
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*Counsel for Defendant Wells Fargo Bank, N.A*