UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>                    Defendant. | No. 1:14-CV-10067 (RMB)<br><br>ECF Case |

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Jason Jurgens of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendant Wells Fargo Bank, N.A.

      I hereby certify that I am admitted to practice before this Court.


Dated: February 9, 2015
       New York, New York

                                            /s/ Jason Jurgens
                                            Jason Jurgens
                                            JONES DAY
                                            222 East 41st Street
                                            New York, New York 10017
                                            Telephone: (212) 326-3771

Facsimile: (212) 755-7306
Email: jjurgens@jonesday.com

*Attorney for Defendant Wells Fargo Bank, N.A.*