UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,<br><br>      Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>      Defendant. | No. 1:14-CV-10067 (RMB)<br><br>ECF Case |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Howard F. Sidman of Jones Day, with offices located at 222 East 41st Street, New York, NY 10017, hereby appears on behalf of defendant Wells Fargo Bank, N.A.

  I hereby certify that I am admitted to practice before this Court.

Dated: February 9, 2015
   New York, New York

                /s/ Howard F. Sidman
                Howard F. Sidman
                JONES DAY
                222 East 41st Street
                New York, New York 10017
                Telephone: (212) 326-3418

Facsimile: (212) 755-7306
Email: hfsidman@jonesday.com

*Attorney for Defendant Wells Fargo Bank, N.A.*