UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Credit Union, Members United Corporate Federal Credit Union, Southwest Corporate Federal Credit Union, and Constitution Corporate Federal Credit Union,

         Plaintiffs,

 -against-

WELLS FARGO BANK, NATIONAL ASSOCIATION,

         Defendant.

----------------------------------------x

Index No. 14-cv-10067

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

 Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs.  I kindly request receipt of electronic ECF notifications in this matter.

 I certify that I am admitted to practice in this Court.

Dated: New York, New York
   February 26, 2015

Respectfully submitted,

By: */s/ Danielle A. D'Aquila*
   Danielle A. D'Aquila
   WOLLMUTH MAHER & DEUTSCH LLP
   500 Fifth Ave
   New York, New York 10110
   Phone: (212) 382-3300
   Fax: (212) 382-0050
   ddaquila@wmd-law.com

   *Attorneys for the National Credit Union Administration Board for all Claims Except to the Extent they Relate to FFML 2006-FF15 and FFML 2006-FF17*

## **CERTIFICATE OF SERVICE**

I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

*/s/ Danielle A. D'Aquila*