USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BLACKROCK ALLOCATION TARGET
SHARES: SERIES S PORTFOLIO, et al.,

                **Plaintiffs,**        14-CV-09371 (RMB)(SN)

    -against-                **AMENDED ORDER**

**WELLS FARGO BANK, N.A.,**

                **Defendant.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

BLACKROCK BALANCED CAPITAL
PORTFOLIO (FI), et al.,

                **Plaintiffs,**        14-CV-09367 (RMB)(KNF)

    -against-

**DEUTSCHE BANK NATIONAL TRUST
COMPANY, et al.,**

                **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

**ROYAL PARK INVESTMENTS SA/NV,**

                **Plaintiff,**        14-CV-09764 (RMB)(SN)

    -against-

**WELLS FARGO BANK, N.A.,**

                **Defendant.**
-----------------------------------------------------------------X

```
-----------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD,

                          Plaintiff,            14-CV-10067 (RMB)(SN)

       -against-

WELLS FARGO BANK, N.A.,

                          Defendant.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

PHOENIX LIGHT SF LTD. et al.,

                          Plaintiffs,           14-CV-10102 (RMB)(SN)

       -against-

WELLS FARGO BANK, N.A.,

                          Defendant.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

A discovery conference is scheduled for Friday, September 25, 2015, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Joseph Mendieta immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
             September 18, 2015

2