UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHOENIX LIGHT SF LTD. et al.,

                Plaintiffs,

-against-

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                Defendant.
------------------------------------------------------------X
------------------------------------------------------------X
COMMERZBANK A.G.,

                Plaintiff,

-against-

WELLS FARGO BANK, N.A.,

                Defendant.
------------------------------------------------------------X
NATIONAL CREDIT UNION
ADMINISTRATION BORAD, et al.,

                Plaintiffs,

-against-

WELLS FARGO BANK, N.A.,

                Defendant.
------------------------------------------------------------X

14-CV-10102 (KPF)(SN)

**ORDER**

15-CV-10033 (KPF)(SN)

14-CV-10067 (KPF)(SN)

**SARAH NETBURN, United States Magistrate Judge:**

On March 26, 2020, Plaintiffs filed a letter informing the Court that they intend to file cross-motions for summary judgment and describing a dispute with Defendant about page limits for those motions. See ECF No. 466.[1] Defendant filed a letter in response on March 27, 2020.

---

[1] Docket numbers refer to the docket in Commerzbank AG v. Wells Fargo Bank N.A., 1:15-cv-10033-KPF-SN.

ECF No. 467. On March 30, 2020, Plaintiffs filed a reply to Defendant's letter. ECF No. 468. After review of the parties' proposals, the following page limits shall apply to the forthcoming motions and cross-motions for summary judgment in these cases:

1. <u>Phoenix Light</u> and <u>Commerzbank</u> cases. Defendant's opening brief shall not exceed 70 pages. Plaintiffs' combined cross-motion and opposition shall not exceed 85 pages. Defendant's combined opposition and reply shall not exceed 50 pages. Plaintiffs' reply on the cross-motion shall not exceed 20 pages.

2. <u>NCUA</u> case. Defendant's opening brief shall not exceed 35 pages. Plaintiffs' combined cross-motion and opposition shall not exceed 50 pages. Defendant's combined opposition and reply shall not exceed 35 pages. Plaintiffs' reply on the cross-motion shall not exceed 15 pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

March 30, 2020
New York, New York