```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, et al.,

                   **Plaintiffs,**              14-CV-10067 (KPF) (SN)

   -against-                                                 **ORDER**

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                   **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      By April 23, 2020, Defendant shall file a response to Plaintiffs' April 16, 2020 motion to strike, ECF No. 500. A telephone conference is scheduled for April 27, 2020, at 10:00 a.m. to discuss Plaintiffs' motion. At that time, the parties shall call the Court's teleconference line at (877) 402-9757 and enter passcode 7938632.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:     April 20, 2020
                 New York, New York