```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD and GRAEME W. BUSH,

                                  Plaintiffs,                14-CV-10067 (KPF)(SN)

   -against-                                                       **ORDER**

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                                  Defendant.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On August 7, 2020, the parties filed a joint letter regarding logistics around filing their summary judgment and Daubert motions. Accordingly, the following instructions will apply to the filing of Daubert motions and motions for summary judgment:

1. **Courtesy Copies**: The parties shall send an electronic version of the record via FTP. Voluminous exhibits, including Microsoft Excel files, may be submitted in their electronic native format. The parties shall submit hard copy binders of legal briefs submitted in support of their motions. The voluminous remittance reports mentioned in the parties' joint letter may be provided as native PDF files and not as hard copies.

2. **Requests for Sealing**: Wells Fargo's request for an extension of time to begin the sealing request process is granted; the process will begin on September 21, 2020.

3. **ECF Docketing**: The parties may docket voluminous native exhibits as slip sheets describing the document and its native format generally. The parties shall also submit DVD copies of native exhibits for the official record.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 25, 2020
           New York, New York