UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD and GRAEME W. BUSH,

                      Plaintiffs,

-against-

WELLS FARGO BANK, NATIONAL
ASSOCIATION,

                      Defendant.
-----------------------------------------------------------------X

14-CV-10067 (KPF)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/2020

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant filed a letter motion to strike on August 27, 2020. ECF No. 518. Plaintiffs have not responded to Defendant's motion. Plaintiffs shall file a response, if any, by September 8, 2020.

**SO ORDERED.**

                                                                     *[signature]*
                                                    SARAH NETBURN
DATED:  September 3, 2020              United States Magistrate Judge
           New York, New York