UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, et al.,

                              **Plaintiffs,**                    14-CV-10067 (KPF)(SN)

      -against-                                 **ORDER TO STRIKE**

WELLS FARGO BANK, N.A.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Respectfully, the Clerk of Court is directed to STRIKE the following documents and their related exhibits from the docket, due to the inadvertent filing by the parties:

- Declaration of Jeremy Amar-Dolan in Support of Wells Fargo Bank, N.A.'s Motion to Exclude the Opinions of Plaintiff's Proffered Experts, **ECF No. 529**;

- Declaration of Thomas E. Lynch in Support of Defendant's Motion for Summary Judgment, **ECF No. 534**;

- Declaration of Catherine M. Redlingshafer in Support of NCUA Plaintiffs' Consolidated Brief in Support of Plaintiffs' *Daubert* Cross-Motion and in Opposition to Defendant's *Daubert* Motion, **ECF No. 539**;

- Declaration of Matthew M. Duffy in Support of NCUA Plaintiffs' Consolidated Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, **ECF No. 544**; and

- Second Declaration of Thomas E. Lynch in Support of Defendant's Motion for Summary Judgment, **ECF No. 553**.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      New York, New York
                 December 8, 2020