UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NATIONAL CREDIT UNION ADMINISTRATION
BOARD, et al.,

                                  Plaintiffs,                  14-CV-10067 (KPF) (SN)

        -against-                                         **ORDER TO VACATE**

WELLS FARGO BANK, N.A.,

                                  Defendant.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 8, 2020, the Court entered an Order to Strike several documents from the docket due to the inadvertent filing by the parties. The parties, having met and conferred, have now confirmed that those documents did not contain any confidential information. Accordingly, the Order to Strike at ECF No. 568 is VACATED, and the documents should be reinstated on the docket. The Clerk of Court is directed to reinstate the following documents and their related exhibits on the docket:

- Declaration of Jeremy Amar-Dolan in Support of Wells Fargo Bank, N.A.'s Motion to Exclude the Opinions of Plaintiff's Proffered Experts, **ECF No. 529**;

- Declaration of Thomas E. Lynch in Support of Defendant's Motion for Summary Judgment, **ECF No. 534**;

- Declaration of Catherine M. Redlingshafer in Support of NCUA Plaintiffs' Consolidated Brief in Support of Plaintiffs' *Daubert* Cross-Motion and in Opposition to Defendant's *Daubert* Motion, **ECF No. 539**;

- Declaration of Matthew M. Duffy in Support of NCUA Plaintiffs' Consolidated Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Summary Judgment, **ECF No. 544**; and

- Second Declaration of Thomas E. Lynch in Support of Defendant's Motion for Summary Judgment, **ECF No. 553**.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          January 12, 2021